DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALFONZO GALVAN-MONTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-08-0404 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| ALFONZO GALVAN-MONTES, | Date: January 6, 2009 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Daniel S. McConkie, Assistant United States Attorney, and Alfonzo Galvan-Montes, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for January 6, 2009, be vacated and rescheduled for status conference on January 20, 2009 at 9:30 a.m.

This continuance is being requested because defense counsel needs additional time to meet and confer with defendant, who speaks only Spanish.

///

1       IT IS FURTHER STIPULATED that the period from January 6, 2009,
2  through and including January 20, 2009, be excluded in computing the
3  time within which trial must commence under the Speedy Trial Act,
4  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5  continuity and preparation of counsel.
6  Dated: January 5, 2009
                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Matthew C. Bockmon
                                          _____
                                          MATTHEW C. BOCKMON
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ALFONZO GALVAN-MONTES

13 Dated: January 5, 2009

                                          MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew C. Bockmon for
                                          _____
                                          DANIEL S. McCONKIE
                                          Assistant U.S. Attorney

                                          ******

**O R D E R**

IT IS SO ORDERED.

Dated: January 5, 2009

                                          /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          United States District Judge